

## IN THE UNITED STATES DISTRICT COURT FOR THE

## NORTHERN DISTRICT OF OKLAHOMA

ROCKLAND D. JOHNSON,                )
                                    )
                    Petitioner,     )
                                    )
v.                                  )        Case No. 04-CV-724-P(C)
                                    )
MARTY SIRMONS, Warden,              )
                    Respondent.     )

*F I L E D*

*DEC 2 2 2004*

*Phil Lombardi, Clerk*
*U.S. DISTRICT COURT*

### BRIEF IN SUPPORT OF MOTION TO DISMISS
### FOR FAILING TO EXHAUST STATE REMEDIES

Comes Now the Attorney General of the State of Oklahoma, W.A. Drew Edmondson,

and pursuant to this Court's Order and in response to Petitioner's Petition for Writ of Habeas

Corpus files the following response and seeks to dismiss the instant petition as Petitioner has

failed to exhaust state remedies.

The Advisory Committee note to Rule 5 of the Rules Governing § 2254 cases in the

United States District Courts states:

> An alleged failure to exhaust state remedies as to any
> ground in the petition may be raised by a motion by the
> attorney general thus avoiding the necessity of a formal
> answer as to that ground.

Therefore, rather than a formal answer or response hereto and in light of the

authority set out herein, the Respondent hereby files a Motion to Dismiss

simultaneously with the filing of the Brief in Support of Motion to Dismiss for Failure

to Exhaust Necessary State Remedies.



___ Drop Box ✓ Mail ___ No Cert Svc ___ No Orig Sign ✓ C/J ___ C/MJ
✓ C/Ret'd ___ No Env ___ No Cpys ___ No Env/Cpys ___ O/J ___ O/MJ

## ARGUMENTS AND AUTHORITIES

**PETITIONER HAS FAILED TO EXHAUST HIS STATE COURT REMEDIES AND FEDERAL REVIEW SHOULD BE DENIED.**

Petitioner is challenging his conviction out of Tulsa County where he was found guilty of two counts on first degree murder. The Petitioner filed a direct appeal to the highest state court (See Exhibit 1). Petitioner admits that in the direct appeal he did not raise the two issues which he raises in his present habeas petition. The Petitioner admits and the record supports Petitioner's claim that he has raised the two issues presented in a petition for post-conviction relief, which was denied by the Tulsa County District Court on October 20, 2004. (See Exhibit 2). Petitioner has appealed this post-conviction denial with the Oklahoma Court of Criminal Appeals ("OCCA"), whose decision is pending. It is the position of the Respondent that Petitioner has an effective state court remedy available and since that effective state court remedy is pending, the issues are not exhausted. 28 U.S.C. § 2254 (b)(3)(c).

The law is clear that as Petitioner is alleging ineffective assistance of appellate counsel as his "cause", he must exhaust that issue in the state court before coming to federal court. Murray v. Carrier, 477 U.S. 478, 489, 106 S.Ct. 2639, 91 L.Ed.2d 397 (1986)(the ineffective assistance of appellate counsel claim must be presented to the state courts as an independent claim before it may be used to establish cause for a procedural default); Edwards v. Carpenter, 529 U.S. 446, 453, 120 S.Ct. 1587, 146 L.Ed.2d 518 (2000); Shaffer v. Boone, 3 Fed. Appx, 675, 2001 WL 23135 (10th Cir. January 31, 2001). (Exhibit 3). A federal habeas corpus request is not the appropriate avenue when the Petitioner has not exhausted his state court remedies and has an available state remedy. It is Petitioner's burden to prove exhaustion and he has failed

2

to demonstrate the satisfaction of the exhaustion requirement. Miranda v. Cooper, 967 F.2d 392, 398 (10th Cir. 1992). Petitioner must give the state courts a fair presentation of these issues in order for Petitioner to exhaust his state court remedies. Castilles v. Peoples, 489 U.S. 346 (1989). The state courts must have had an opportunity to pass on the claims in light of a full record and where the factual basis for a claim was not presented to the state courts, the claim is unexhausted. Jones v. Hess, 681 F.2d 688 (10th Cir. 1982). It is not sufficient merely that the Petitioner's case is pending, "rather he must have given the state's highest court a 'fair opportunity' to address his claims." Picard v. Connor, 404 U.S. 270, 275-276 (1971).

In Hernandez v. Starbuck, 69 F.3d 1089, 1094 (10th Cir. 1995), the Petitioner presented a challenge to counsel's performance without exhausting state court remedies. The Tenth Circuit held:

> Because Mr. Hernandez failed to exhaust his ineffective assistance claim, his petition for a writ of habeas corpus contains at least one unexhausted claim. A federal court presented with a habeas corpus petition containing both exhausted and unexhausted claims should normally dismiss the entire petition without prejudice. Rose v. Lundy, 455 U.S. 509, 510, 102 S.Ct. 1198, 1199, 71 L.Ed.2d 379 (1982). The narrow circumstances in which a federal court may consider the merits of a habeas petition containing unexhausted claims are not present in this case. See Granberry, 481 U.S. at 134-35, 107 S.Ct. at 1675-76; Miranda, 967 F.2d at 400 ("it is appropriate ... to address the merits of unexhausted ... habeas corpus claims if they fail ... to raise even a colorable federal claim, and if the interests of justice would be better served.").

The Tenth Circuit addressed the importance of the exhaustion doctrine in Demarest v. Price, 130 F.3d 922 (10th Cir. 1997). The Tenth Circuit in Demarest required exhaustion despite the fact that the constitutional issue had been presented but the evidence in support somewhat differed between that presented to the state court and

the federal court. The Tenth Circuit, quoting from Supreme Court precedent, reiterated that "fair presentation" to the state court means that the substance of the claim must be raised giving the state courts a fair opportunity to apply controlling legal principles to the facts bearing upon his constitutional claim. <u>Demarest</u>, 130 F .3d at 932.

Petitioner's two grounds for relief have been fairly presented to the state court but a ruling on the issues presented is still pending. For this reason, the Petitioner's petition for writ of habeas corpus must be dismissed.

Respectfully submitted,

W.A. DREW EDMONDSON
ATTORNEY     GENERAL     OF
OKLAHOMA

JULIAN S. SMITH, OBA # 20112
ASSISTANT ATTORNEY GENERAL
112 State Capitol Building
Oklahoma City, OK  73105
(405) 521-3921, FAX 521-6246
ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF MAILING

On this 20th day of December, 2004, a true and correct copy of the foregoing was mailed to:

Rockland D. Johnson, #419056
R.B. Dick Conner Correctional Center
Box 220,
Hominy, OK 74035

JULIAN S. SMITH

4

FILED
COURT OF CRIMINAL APPEALS
STATE OF OKLAHOMA

JUN 2 0 2003

MICHAEL S. RICHIE
CLERK

# IN THE COURT OF CRIMINAL APPEALS OF THE STATE OF OKLAHOMA

ROCKLAND DEJARIO JOHNSON,       )
                                )
      Appellant,               )    **NOT FOR PUBLICATION**
                                )
v.                              )    Case No.   F-2002-685
                                )
THE STATE OF OKLAHOMA,          )
                                )
      Appellee.                )

RECEIVED
CAPITOL OFFICE
JUN 2 3 2003
#4
ATTORNEY GENERAL

## SUMMARY OPINION

**LUMPKIN, JUDGE:**

Appellant, Rockland Dejario Johnson, was tried by jury in the District Court of Tulsa County, Case Number CF-2001-4067 and convicted of two counts of First Degree Murder, in violation of 21 O.S.2001, § 701.7. The jury set punishment at life imprisonment on each count. The trial judge sentenced Appellant in accordance with the jury's determination, ordering the sentences to run consecutively. Appellant now appeals his convictions and sentences.

Appellant raises the following propositions of error in this appeal:

I.    The accomplice testimony was not corroborated, and the trial court's failure to instruct the jury that a witness who testified against Appellant was an accomplice whose testimony had to be corroborated, deprived Appellant of a fair trial;

II.    The trial court erred by allowing highly prejudicial photographs to be admitted into evidence over objection; and

III.    Appellant's sentence is excessive and should be modified to run concurrently, rather than consecutively.

After thoroughly considering these propositions and the entire record before us, we find reversal or modification is not required.



With respect to proposition one, we find little, if any, evidence supporting the claim that Erica Eaton was an accomplice, even as an aider and abettor. Assuming, *arguendo*, this matter should have been submitted to the jury *sua sponte* for determination, any possible error was harmless, as Eaton's testimony was sufficiently corroborated. *Simpson v. State*, 876 P.2d 690, 693 (Okl.Cr.1994); *Spears v. State*, 900 P.2d 431, 440 (Okl.Cr.1995); *Carter v. State*, 879 P.2d 1234, 1246 (Okl.Cr.1994); *Bryson v. State*, 876 P.2d 240, 256 (Okl.Cr.1994); *Bowie v. State*, 906 P.2d 759, 763 (Okl.Cr.1995); *Omalza v. State*, 911 P.2d 286, 301-02 (Okl.Cr.1995). Furthermore, Appellant's sufficiency of the evidence claim fails. *Spuehler v. State*, 709 P.2d 202, 203-04 (Okl.Cr.1985).

With respect to proposition two, we find the trial court did not abuse its discretion or err in admitting the photographs. *Welch v. State*, 2 P.3d 356, 371 (Okl.Cr.2000); *Phillips v. State*, 989 P.2d 1017, 1032 (Okl.Cr.1999). With respect to proposition three, we find it was not excessive to run the sentences consecutively. *Rea v. State*, 34 P.3d 148, 149 (Okl.Cr.2001).

### DECISION

The judgments and sentences are hereby **AFFIRMED.**

AN APPEAL FROM THE DISTRICT COURT OF TULSA COUNTY
THE HONORABLE P. THOMAS THORNBRUGH, DISTRICT JUDGE

**APPEARANCES AT TRIAL**

JOHN C. HARRIS III
P.O. BOX 52206
TULSA, OK 74152-0206
COUNSEL FOR APPELLANT

**APPEARANCES ON APPEAL**

STEPHEN B. HACKETT
1623 CROSS CENTER DRIVE
NORMAN, OK 73019
COUNSEL FOR APPELLANT

LARRY R. EDWARDS
ASSISTANT DISTRICT ATTORNEY
500 S. DENVER
406 TULSA COUNTY COURTHOUSE
TULSA, OK 74103
COUNSEL FOR THE STATE

W.A. DREW EDMONDSON
ATTORNEY GENERAL OF OKLAHOMA
ANN AGNEW CUPP
ASSISTANT ATTORNEY GENERAL
112 STATE CAPITOL BUILDING
OKLAHOMA CITY, OK 73105
COUNSEL FOR THE STATE

**OPINION BY:     LUMPKIN, J.**
JOHNSON, P.J.:  CONCUR
LILE, V.P.J.:  CONCUR
CHAPEL, J.:  CONCUR
STRUBHAR, J.:  CONCUR

RA



**OSCN** THE OKLAHOMA STATE COURTS NETWORK    *www.oscn.net*

| Home | Courts | Court Dockets | Legal Research | Calendar | Help | |

DISCLAIMER: The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. § 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>　　Plaintiff,<br>v.<br>ROCKLAND DEJARIO JOHNSON,<br>A/K/A ROCKY JOHNSON<br>A/K/A ROCKY PEEPLES<br>　　Defendant. | No. CF-2001-4067<br>(Criminal Felony)<br>Filed: 07/16/2001<br>Closed: 05/24/2002<br><br>Judge: Dexter, Deirdre O |

## Parties

<u>JOHNSON, ROCKLAND DEJARIO</u>, Defendant
<u>STATE OF OKLAHOMA</u>, Plaintiff
<u>Tulsa Police Department</u>, ARRESTING AGENCY

## Attorneys

| **Attorney** | **Represented Parties** |
|---|---|
| HARRIS, JOHN(Bar # ) | JOHNSON, ROCKLAND DEJARIO |

## Due Dates

| Docket Code | Original Due Date | Current Due Date | Description |
|---|---|---|---|

## Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| **Wednesday, August 22, 2001 at 9:00 AM** | | | |
| PRELIMINARY HEARING ISSUE (PUBLIC DEFENDER) (PDP) | JOHNSON, ROCKLAND DEJARIO | Preliminary Hearing Docket | |
| **Wednesday, August 29, 2001 at 9:00 AM** | | | |
| PRELIMINARY HEARING NO ISSUE (PUBLIC DEFENDER) (PDP) | JOHNSON, ROCKLAND DEJARIO | Preliminary Hearing Dock | |
| **Monday, October 1, 2001 at 9:00 AM** | | | |
| PRELIMINARY HEARING ISSUE | JOHNSON, | Preliminary | |



EXHIBIT
2

(PRIVATE ATTORNEY) (PVP )          ROCKLAND          Hearing Docket
                                   DEJARIO
**Friday, October 5, 2001 at 9:00 AM**

                                   JOHNSON,
DISTRICT COURT ARRAIGNMENT (DCA)   ROCKLAND          J. Michael
                                   DEJARIO          Gassett
**Wednesday, November 28, 2001 at 13:30 PM**

DISTRICT COURT                     JOHNSON,
ARRAIGNMENT/MOTION HRG (DCA)       ROCKLAND          J. Michael
                                   DEJARIO          Gassett
**Tuesday, December 11, 2001 at 13:30 PM**

DISTRICT COURT                     JOHNSON,
ARRAIGNMENT/MOTION HRG (DCA)       ROCKLAND          J. Michael
                                   DEJARIO          Gassett
**Wednesday, December 12, 2001 at 9:00 AM**

DISTRICT COURT                     JOHNSON,
ARRAIGNMENT/MOTION HEARING         ROCKLAND          J. Michael
(DCA)                              DEJARIO          Gassett
**Friday, March 1, 2002 at 13:30 PM**

                                   JOHNSON,
ALLEN (DISCOVERY) HEARING (ADH )   ROCKLAND          Deirdre O Dexter
                                   DEJARIO
**Monday, April 1, 2002 at 10:00 AM**

                                   JOHNSON,
JURY TRIAL (ISSUE) (JTI )          ROCKLAND          Deirdre O Dexter
                                   DEJARIO
**Friday, May 24, 2002 at 9:30 AM**

                                   JOHNSON,
SENTENCING (SEN )                  ROCKLAND          P. Thomas
                                   DEJARIO          Thornbrugh

## Counts

Parties appear only under the counts with which they were charged. For complete sentence information, see the
court minute on the docket.

**Count # 1.**                     Count as filed: HM11, MURDER - IN THE FIRST
                                   DEGREE, in violation of 21 O.S. 701.7 Date of
                                   Offense: 03/21/2001

        **Defendant**                     **Disposition Information**
        JOHNSON, ROCKLAND DEJARIO   **Disposed: CONVICTION , 05/24/2002. Jury Trial.**

                                   Disposed Count Code:HM11
                                   Disposed Statute: O.S.
                                   Count as disposed:MURDER - IN THE FIRST
                                   DEGREE

**Count # 2.**                     Count as filed: HM11, MURDER - IN THE FIRST
                                   DEGREE, in violation of 21 O.S. 701.7 Date of

Offense: 03/21/2001

**Defendant**                           **Disposition Information**

JOHNSON, ROCKLAND DEJARIO **Disposed: CONVICTION , 05/24/2002. Jury Trial.**

Disposed Count Code:HM11
Disposed Statute: O.S.
Count as disposed:MURDER - IN THE FIRST
DEGREE

## Citation Information

## Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 05/14/2001 | AF/SW | - | | 43964794 | Aug 10 2001 9:44:01:250AM | Unrealized | $ 0.00 |
| | AFFIDAVIT AND RETURN OF SEARCH WARRANT RE-MICROFILMED ON 8/10/2001. | | | | | | |
| 07/16/2001 | TEXT | 1 | JOHNSON, ROCKLAND DEJARIO | 43800782 | Jul 16 2001 2:55:17:587PM | - | $ 0.00 |
| | CRIMINAL FELONY INITIAL FILING. | | | | | | |
| 07/16/2001 | INFORMATION | 1 | JOHNSON, ROCKLAND DEJARIO | 43801010 | Jul 16 2001 3:07:33:533PM | - | $ 0.00 |
| | DEFENDANT JOHNSON, ROCKLAND DEJARIO WAS CHARGED WITH COUNT #1, MURDER - IN THE FIRST DEGREE IN VIOLATION OF 21 O.S. 701.7 | | | | | | |
| 07/16/2001 | INFORMATION | 2 | JOHNSON, ROCKLAND DEJARIO | 43801011 | Jul 16 2001 3:07:33:567PM | - | $ 0.00 |
| | DEFENDANT JOHNSON, ROCKLAND DEJARIO WAS CHARGED WITH COUNT #2, MURDER - IN THE FIRST DEGREE IN VIOLATION OF 21 O.S. 701.7 | | | | | | |
| 07/16/2001 | TEXT | - | - | 43800783 | Jul 16 2001 2:55:18:850PM | - | $ 0.00 |
| | OCIS HAS AUTOMATICALLY ASSIGNED JUDGE HARRIS, JESSE S. TO THIS CASE. | | | | | | |
| 07/23/2001 | DAINS | - | JOHNSON, ROCKLAND DEJARIO | 43863436 | Jul 25 2001 3:02:55:053PM | Unrealized | $ 0.00 |
| | DISTRICT ATTORNEY INSPECTION NOTIFICATION | | | | | | |

| 07/23/2001 | CTARRPL | - | JOHNSON, ROCKLAND DEJARIO | 43883046 | Jul 27 2001 4:00:10:473PM | Unrealized | $ 0.00 |

SINGER, TODD: DEFENDANT PRESENT, IN CUSTODY. PUBLIC DEFENDER APPOINTED PER PAUPERS AFFADAVIT. ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF INFORMATION AND FURTHER TIME TO PLEAD. COURT ENTERS NOT GUILTY PLEA. PRELIMINARY HEARING SET FOR 8-22-01 9 AM COURTROOM 344. DEFENDANT REMANDED TO CUSTODY; BOND REMAINS.

| 07/25/2001 | PA | - | JOHNSON, ROCKLAND DEJARIO | 43885317 | Jul 28 2001 8:10:24:440PM | Unrealized | $ 0.00 |

PAUPER'S AFFIDAVIT

| 08/09/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 43960084 | Aug 9 2001 2:33:33:370PM | Unrealized | $ 0.00 |

SMITH CLANCY: CASE TRANSFERRED TO JUDGE GASSETT, ORIGINAL ASSIGNMENT HIS.

| 08/13/2001 | APLI | - | JOHNSON, ROCKLAND DEJARIO | 43999953 | Aug 15 2001 2:53:20:497PM | Unrealized | $ 0.00 |

APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD

| 08/15/2001 | O | - | JOHNSON, ROCKLAND DEJARIO | 44024274 | Aug 20 2001 12:58:47:680PM | Unrealized | $ 0.00 |

ORDER FOR REASSIGNMENT OF CRIMINAL DISTRICT JUDGE

| 08/22/2001 | CTPASS | - | JOHNSON, ROCKLAND DEJARIO | 44041355 | Aug 22 2001 11:44:18:720AM | Realized | $ 0.00 |

SMITH SARAH: DEFENDANT PRESENT, I/C AND REPRESENTED BY SHENA BURGESS. STATE REPRESENTED BY CALEB RAYNOLDS. PRELIMINARY HEARING PASSED TO 8/29/2001 NO ISSUE. BOND TO REMAIN; DFT REMANDED TO CUSTODY .

| 08/22/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44081650 | Aug 29 2001 8:52:41:763AM | Realized | $ 0.00 |

SINGER TODD: JOHN HARRIS APPOINTED AS CONFLICT DEFENDER.

| 08/27/2001 | APLI | - | JOHNSON, ROCKLAND DEJARIO | 44087621 | Aug 29 2001 2:42:02:623PM | Unrealized | $ 0.00 |

APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD

| 08/29/2001 | CTPASS | - | JOHNSON, ROCKLAND DEJARIO | 44091901 | Aug 29 2001 6:06:50:090PM | Realized | $ 0.00 |

HASKINS KYLE: DEFENDANT PRESENT, I/C AND REPRESENTED BY JOHN HARRIS WHO NOW ENTERS HIS APPEARANCE. STATE REPRESENTED BY LARRY EDWARDS. PRELIMINARY HEARING PASSED TO 10/1/2001 @ 9 AM. BOND TO REMAIN; DFT REMANDED TO CUSTODY .

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/29/2001 | O | - | JOHNSON, ROCKLAND DEJARIO | 44107199 | Aug 31 2001 2:16:31:550PM | Unrealized | $ 0.00 |

ORDER APPOINTING CONFLICT DEFENDER

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/14/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44202320 | Sep 17 2001 4:04:45:253PM | Realized | $ 30.00 |

RETURN SUBPOENA ($ 30.00)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/14/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44202321 | Sep 17 2001 4:05:01:330PM | Realized | $ 30.00 |

RETURN SUBPOENA ($ 30.00)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/24/2001 | CTFREE | - | | 44244192 | Sep 24 2001 9:41:36:050AM | Realized | $ 0.00 |

BITTING TERRY: ORDER TO TRANSPORT CHAUNCY MINOR, DETAINED AT VISION QUEST IN FAXON, OK TO BE BROUGHT TO DISTRICT COURT OF TULSA COUNTY OKLAHOMA 10/1/2001 @ 8:30 AM TO APPEAR AS A WITNESS FOR THE STATE AGAINST ROCKLAND JOHNSON.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/24/2001 | ADISC | - | JOHNSON, ROCKLAND DEJARIO | 44263985 | Sep 26 2001 12:40:19:550PM | Unrealized | $ 0.00 |

ACKNOWLEDGEMENT OF RECEIPT OF DISCOVERY

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/24/2001 | OT | - | JOHNSON, ROCKLAND DEJARIO | 44263992 | Sep 26 2001 12:40:48:080PM | Unrealized | $ 0.00 |

ORDER TO TRANSPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/25/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44267914 | Sep 26 2001 4:05:46:623PM | Realized | $ 30.00 |

RETURN SUBPOENA ($ 30.00)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/28/2001 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 44300916 | Oct 2 2001 11:53:07:987AM | Unrealized | $ 0.00 |

RETURN SUBPOENA

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/01/2001 | CTPRLDCA | - | JOHNSON, ROCKLAND DEJARIO | 44297193 | Oct 1 2001 4:58:02:527PM | Realized | $ 0.00 |

SMITH CLANCY: DEFENDANT PRESENT, I/C AND REPRESENTED BY JOHN

HARRIS. STATE REPRESENTED BY ED SNOW AND LARRY EDWARDS. COURT REPORTER: CHRISTY LEGG. CASE CALLED FOR PRELIMINARY HEARING. 4 WITNESSES SWORN; . DEFENDANT'S MOTION TO SUPPRESS OVERRULED PRIOR TO PRELIMINARY HEARING. DEMURRER OVERRULED. DEFENDANT IS BOUND OVER TO DISTRICT COURT ON THE CHARGE(S) OF MURDER 1 X 2 BEFORE JUDGE GASSETT 10/5/2001 @ 9 AM. BOND TO REMAIN; DFT REMANDED TO CUSTODY .

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2001 | REQCR | - | JOHNSON, ROCKLAND DEJARIO | 44297197 | Oct 1 2001 4:58:19:747PM | Realized | $ 20.00 |

COURT REPORTER FEE AT TRIAL (JURY/ NON- JURY) ($ 20.00)

| 10/01/2001 | MO | - | JOHNSON, ROCKLAND DEJARIO | 46254050 | Jul 18 2002 1:16:27:000PM | Unrealized | $ 0.00 |

MOTION TO SUPPRESS

| 10/05/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44348832 | Oct 9 2001 2:59:45:220PM | Unrealized | $ 0.00 |

GASSETT MICHAEL: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JOHN HARRIS. STATE BY TRACY PRIDDY. CASE CALLED FOR DISTRICT COURT ARRAIGNMENT. MOTIONS TO BE FILED BY 11-21-01. HEARING RESET TO 11-28-01 @1:30 P.M. BOND TO REMAIN SAME.

| 11/13/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44570240 | Nov 13 2001 11:09:33:907AM | Unrealized | $ 0.00 |

GASSETT MICHAEL: ORDER ALLOWING PREPARATION OF TRANSCRIPT AT PUBLIC EXPENSE SIGNED.

| 11/13/2001 | O | - | JOHNSON, ROCKLAND DEJARIO | 44582925 | Nov 14 2001 10:53:55:040AM | Unrealized | $ 0.00 |

ORDER ALLOWING PREPARATION OF TRANSCRIPT AT PUBLIC EXPENSE

| 11/14/2001 | CCERT | - | JOHNSON, ROCKLAND DEJARIO | 44594937 | Nov 15 2001 12:04:53:880PM | Unrealized | $ 0.00 |

COURT REPORTER'S CERTIFICATE

| 11/21/2001 | DEFT | - | JOHNSON, ROCKLAND DEJARIO | 44652359 | Nov 26 2001 12:17:48:890PM | Unrealized | $ 0.00 |

DEFENDANT'S EX PARTE MOTION FOR THE APPOINTMENT OF A PRIVATE INVESTIGATOR AT STATE EXPENSE

| 11/28/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44676094 | Nov 29 2001 11:35:52:023AM | Unrealized | $ 0.00 |

GASSETT MICHAEL: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JOHN HARRIS. STATE BY ED SNOW. CASE CALLED FOR DISTRICT COURT ARRAIGNMENT/MOTION HRG. HEARING PASSED BY AGREEMENT TO 12-11-01 @1:30 P.M. BOND TO REMAIN SAME.

| Date | Code | | Name | Number | Timestamp | Status | Amount |
|------|------|---|------|--------|-----------|--------|--------|
| 11/29/2001 | AFPCA | - | JOHNSON, ROCKLAND DEJARIO | 44688603 | Nov 30 2001 3:25:42:840PM | Unrealized | $ 0.00 |

AFFIDAVIT & FINDING OF PROBABLE CAUSE T.R.A.C.I.S. (ARRESTED)

| 12/04/2001 | T&2 | - | JOHNSON, ROCKLAND DEJARIO | 44714941 | Dec 5 2001 9:50:45:007AM | Unrealized | $ 0.00 |

ORIGINAL TRANSCRIPT & 2 COPIES OF PRELIMINARY HEARING OCTOBER 1, 2001 (COPY TO DA AND COPY RETAINED IN FILE FOR JOHN HARRIS)

| 12/11/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44759736 | Dec 11 2001 3:18:09:203PM | Unrealized | $ 0.00 |

JUDGE MICHAEL GASSETT: MOTION HEARING PASSED TO 12/12/01 9:00 AM. DEFT RECOGNIZED BACK. BOND TO REMAIN.

| 12/12/2001 | CTARRPL | - | JOHNSON, ROCKLAND DEJARIO | 44765317 | Dec 12 2001 11:45:38:673AM | Unrealized | $ 0.00 |

JUDGE MICHAEL GASSETT: DEFENDANT PRESENT, AND REPRESENTED BY JOHN HARRIS. ARRAIGNMENT HELD. BY AGREEMENT MOTION TO SUPPRESS TAKEN UNDER ADVISEMENT UNTIL TRIAL. DEFENDANT WAIVES READING OF THE INFORMATION AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. JURY TRIAL SET FOR 4/1/02 9AM. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| 12/12/2001 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 44785762 | Dec 14 2001 11:21:05:410AM | Unrealized | $ 0.00 |

GASSETT MICHAEL: DISCOERY SET FOR 3-2-02 9 A.M.

| 12/19/2001 | PYREQ | - | JOHNSON, ROCKLAND DEJARIO | 44823981 | Dec 20 2001 11:43:56:160AM | Realized | $ 220.00 |

PAYMENT REQUEST - TRANSCRIPTS VOUCHER#101591 ($ 220.00)

| 12/21/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44837272 | Dec 26 2001 9:27:34:513AM | Unrealized | $ 30.00 |

RETURN SUBPOENA ($ 30.00)

| 12/21/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44837275 | Dec 26 2001 9:27:43:873AM | Unrealized | $ 30.00 |

RETURN SUBPOENA ($ 30.00)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/28/2001 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 44863872 | Jan 2 2002 11:30:15:770AM | Realized | $ 30.00 |
| RETURN SUBPOENA ($ 30.00) | | | | | | | |
| 01/07/2002 | TEXT | - | - | 44898404 | Jan 7 2002 7:26:00:360AM | - | $ 0.00 |
| ADMINISTRATIVELY REASSIGNED TO DEXTER, J. PER ADMINISTRATIVE ORDER | | | | | | | |
| 03/01/2002 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45282576 | Mar 1 2002 1:30:39:830PM | Unrealized | $ 0.00 |
| DEXTER D: ORDER SIGNED (TO ENDORSE WITNESSES) | | | | | | | |
| 03/01/2002 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45283197 | Mar 1 2002 2:07:55:260PM | Unrealized | $ 0.00 |
| DEXTER D: ORDER APPOINTING A PRIVATE INVESTIGATOR SIGNED | | | | | | | |
| 03/01/2002 | O | - | JOHNSON, ROCKLAND DEJARIO | 45289888 | Mar 4 2002 11:32:13:403AM | Unrealized | $ 0.00 |
| ORDER | | | | | | | |
| 03/01/2002 | NOEVI | - | JOHNSON, ROCKLAND DEJARIO | 45289935 | Mar 4 2002 11:35:09:177AM | Unrealized | $ 0.00 |
| NOTICE OF INTENT TO USE EVIDENCE OF OTHER CRIMES AND/OR BAD ACTS | | | | | | | |
| 03/01/2002 | AWITO | - | JOHNSON, ROCKLAND DEJARIO | 45289945 | Mar 4 2002 11:35:47:067AM | Unrealized | $ 0.00 |
| APPLICATION TO ENDORSE WITNESS ON INFORMATION | | | | | | | |
| 03/01/2002 | O | - | JOHNSON, ROCKLAND DEJARIO | 45289973 | Mar 4 2002 11:37:08:830AM | Unrealized | $ 0.00 |
| ORDER APPOINTING A PRIVATE INVESTIGATOR | | | | | | | |
| 03/01/2002 | B | - | JOHNSON, ROCKLAND DEJARIO | 45289982 | Mar 4 2002 11:37:31:453AM | Unrealized | $ 0.00 |
| BRIEF IN SUPPORT OF ADMITTING EVIDENCE OF ORGANIZATIONAL OR GANG MEMBERSHIP | | | | | | | |
| 03/01/2002 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45375584 | Mar 14 2002 2:08:47:797PM | Unrealized | $ 0.00 |
| DEXTER D: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JOHN HARRIS. STATE BY LARRY EDWARDS. SANDY CRITTENDEN, REPORTER. | | | | | | | |

CASE CALLED FOR DISCOVERY HEARING. MATERIAL EXCHANGED. ANY OTHER MATERIAL TO BE EXCHANGED WITHIN 10 DAYS OF JURY TRIAL.

| 03/15/2002 | DEFT | - | JOHNSON, ROCKLAND DEJARIO | 45394403 | Mar 18 2002 9:46:19:473AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

DEFENDANTS LIST OF WITNESSES AND EXHIBITS

| 03/19/2002 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 45414877 | Mar 20 2002 10:13:42:960AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

RETURN SUBPOENA/AUTHOR COLE

| 03/19/2002 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 45414883 | Mar 20 2002 10:14:06:833AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

RETURN SUBPOENA/BRENT ROGERS

| 03/19/2002 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 45414885 | Mar 20 2002 10:14:20:910AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

RETURN SUBPOENA/CHANCY MINOR

| 03/20/2002 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 45422865 | Mar 21 2002 8:50:33:560AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

RETURN SUBPOENA/CHRISTOPHER "JED" HENRY

| 03/21/2002 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 45434040 | Mar 22 2002 12:17:14:957PM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

DEFENDANTS LIST OF WITNESSES AND EXHIBITS (SECOND AMENDED)

| 03/21/2002 | DEFT | - | JOHNSON, ROCKLAND DEJARIO | 45434043 | Mar 22 2002 12:17:37:927PM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

DEFENDANT'S LIST OF WITNESSES AND EXHIBITS (AMENDED)

| 03/22/2002 | MO | - | JOHNSON, ROCKLAND DEJARIO | 45440914 | Mar 25 2002 10:09:31:610AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

MOTION TO COMPEL

| 03/25/2002 | DEFT | - | JOHNSON, ROCKLAND DEJARIO | 45451563 | Mar 26 2002 10:44:32:620AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

DEFENDANT'S MOTION IN LIMINE TO ENJOIN PROSECUTOR FROM IMPLYING GANG AFFILIATION OR IN THE ALTERNATIVE, MOTION FOR A DAUBERT HEARING

| 03/28/2002 | RTSUB | - | JOHNSON, ROCKLAND | 45482122 | Apr 1 2002 | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

|            |        |   | DEJARIO                          |          | 11:39:58:207AM        |            |              |
|------------|--------|---|----------------------------------|----------|-----------------------|------------|--------------|
| RETURN SUBPOENA/MARQUIS COLEMAN ||||||||

| 04/01/2002 | WHCT   | - | JOHNSON, ROCKLAND DEJARIO | 45495677 | Apr 2 2002 11:38:50:297AM | Unrealized | $ 0.00 |
|------------|--------|---|---------------------------|----------|---------------------------|------------|--------|
| WRIT OF HABEAS CORPUS AD TESTIFICANDUM |||||||||

| 04/01/2002 | PWHCT  | - | JOHNSON, ROCKLAND DEJARIO | 45495680 | Apr 2 2002 11:38:57:827AM | Unrealized | $ 0.00 |
|------------|--------|---|---------------------------|----------|---------------------------|------------|--------|
| PETITION - WRIT OF HABEAS CORPUS AD TESTIFICANDUM |||||||||

| 04/01/2002 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45576099 | Apr 12 2002 3:06:17:107PM | Unrealized | $ 0.00 |
|------------|--------|---|---------------------------|----------|---------------------------|------------|--------|
| DEXTER D: DEF'T NOT PRESENT, IN CUSTODY. REPRESENTED BY JOHN HARRIS. STATE BY STEVE KUNZWEILER. CASE CALLED FOR JURY TRIAL. CASE TRANSFERRED TO JUDGE THORNBURGH INSTANTER. BOND TO REMAIN SAME. |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506853 | Apr 3 2002 11:54:35:407AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/DONALD SHAWN JORDAN ($ 30.00) |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506857 | Apr 3 2002 11:54:55:780AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/MARCO MURPHY ($ 30.00) |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506874 | Apr 3 2002 11:55:17:140AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/TAMICA ANDERSON ($ 30.00) |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506887 | Apr 3 2002 11:55:34:623AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/DENITA QUINNEY ($ 30.00) |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506889 | Apr 3 2002 11:55:51:653AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/MARQUIS COLEMAN ($ 30.00) |||||||||

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506894 | Apr 3 2002 11:56:11:450AM | Realized | $ 30.00 |
|------------|--------|---|---------------------------|----------|---------------------------|----------|---------|
| RETURN SUBPOENA/ERIC GOODE ($ 30.00) |||||||||

JOHNSON,

| 04/02/2002 | RTSUB$ | - | ROCKLAND DEJARIO | 45506901 | Apr 3 2002 11:56:28:653AM | Realized | $ 30.00 |

RETURN SUBPOENA/KEJUAN REED ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506904 | Apr 3 2002 11:56:46:807AM | Realized | $ 30.00 |

RETURN SUBPOENA/AUTHUR COLE ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506908 | Apr 3 2002 11:57:04:293AM | Realized | $ 30.00 |

RETURN SUBPOENA/BRENT ROGERS ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506910 | Apr 3 2002 11:57:23:527AM | Realized | $ 30.00 |

RETURN SUBPOENA/TONAY HUNT ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506911 | Apr 3 2002 11:57:38:713AM | Realized | $ 30.00 |

RETURN SUBPOENA/DERITH WALKER ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506912 | Apr 3 2002 11:57:53:197AM | Realized | $ 30.00 |

RETURN SUBPOENA/DARREN WALKER ($ 30.00)

| 04/02/2002 | RTSUB$ | - | JOHNSON, ROCKLAND DEJARIO | 45506924 | Apr 3 2002 11:58:09:697AM | Realized | $ 30.00 |

RETURN SUBPOENA/CHAUNCEY MINOR ($ 30.00)

| 04/02/2002 | RTSUB | - | JOHNSON, ROCKLAND DEJARIO | 45506927 | Apr 3 2002 11:58:53:663AM | Unrealized | $ 0.00 |

RETURN SUBPOENA/DONALD JORDAN

| 04/03/2002 | CTFREE | - | | 45515468 | Apr 4 2002 11:27:11:740AM | Unrealized | $ 0.00 |

P. THOMAS THORNBRUGH: 2 WITNESS TAKEN IN TO CUSTODY, CHAUNCEY MINOR; NF-02-3624 AND CHRISTOPHER HENRY; NF-02-3625, BY ORDER TO THE COURT TO BE HELD WITHOUT BOND. WITNESS ORDER TO APPEAR BEFORE JUDGE THORNBRUGH ON APRIL 9, 2002 @ 9:30 AM. ORDER OF COMMITMENT ISSUED FOR BOTH WITNESS.

| 04/05/2002 | RETCO | - | | 45533161 | Apr 8 2002 10:00:47:320AM | Unrealized | $ 0.00 |

RETURN COMMITMENT (CHAUNCEY MINOR) (AMENDED)

| 04/05/2002 | RETCO | - | | 45533169 | Apr 8 2002 10:01:01:897AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|
| | RETURN COMMITMENT (CHAUNCEY MINOR) | | | | | | |

| 04/05/2002 | RETCO | - | | 45533178 | Apr 8 2002 10:01:16:007AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|
| | RETURN COMMITMENT (CHRISTOPHER HENRY) | | | | | | |

| 04/05/2002 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45537656 | Apr 8 2002 1:58:28:080PM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|

P. THOMAS THORNBRUGH: (JURY MINUTE) CASE CALLED, BOTH SIDES PRESENT AND ANNOUNCE READY FOR TRIAL. THE STATE OF OKLAHOMA PRESENTS AND REPRESENTED BY ED SNOW, AND LARRY EDWARDS, DEFENDANTS PRESENT AND REPRESENTED BY JOHN HARRIS. THE JURORS ARE CALLED AND SWORN AS TO QUALIFICATIONS, THE JURY IS IMPANELED AND EXAMINED FOR CAUSE. THE FOLLOWING JURORS ARE EXCUSED FOR CAUSE DOUGLAS E. MCFARLIN, GUI DELANO LOWMACK, ROSS CAMP, TIMOTHY SCOTT MCLEOD, JUAN TERRELL RIDGE, AND DAVID JR. GILLESPIE. THE JURORS ARE ACCEPTED FOR CAUSE.
PEREMPTORY CHALLENGES:
STATES
1.CHARLENE K. KROUTTER
2.FREDRICK JOHNSON
3.STATE WAIVES THIRD PEREMPTORY
4.LINDA VIDA CONWELL
5.ROY JR. LUMLY
6.DONALD RAY WYATT
7.STATE WAIVES SEVENTH PEREMPTORY
8.STATE WAIVES EIGHTH PEREMPTORY
9.KRISTY D. BARNETT
DEFENDANT
1. WAYNE FERGUSON
2. DARREL LELAND SLACK
3. BRIAN CLIFTON MAYHALL
4. JOHN NEILSON CHAPPELL
5. JOSHUA LEE NICHOLS
6. CLARENCE L. POTTER
7. DONALD LEE SMITH
8. DEFENDANT WAIVES EIGHTH PEREMPTORY
9. STEPHEN TOLBERT
THE FOLLOWING JURORS WERE NOT SEATED BUT EXAMINED:
1.VERA KRISTIN "KRISTY" SUTTE
2.JOE WALLACE DYCHES
3.DONNA KIM FORTNER
4.HARRY CURTIS BAILEY

THE FOLLOWING JURORS WERE SEATED AND EXAMINED:
1. AMANDA B. BETHEL
2. PATRICIA MAE GOWEY

3. JOSEPH V. DAVIS
4. SUE H. WALKER
5. TIM SKJERSETH
6. LEWIS O. WEST
7. TRACY LYNN MCCORKLE
8. JANET MOODY
9. STEVEN E. AMOUS
10. JAMES M. SEATON
11. EDWARD C. BENTON
12. JANE DELOIS WALKER
ALT 1 BRIAN DANIEL KNIGHT
ALT 2 CHRISTOPHER ONEILL
OPENING STATEMENTS ARE MADE BY THE STATE, DEFENDANT
RESERVED HIS OPENING STATEMENT. 17 WITNESSES SWORN.
REPORTER JODI D'VOREE ILES. RULE WAS INVOKED WITH THE
EXCEPTION OF THE DEFENDANT'S MOTHER, DEBORAH PEEPLES, AND
KAREN LAWRENCE ONCE HER TESTIMONY WAS RECEIVED. STATE
PRESENTS EVIDENCE AND REST. DEFENDANT DEMURS AND DEMURRER
IS OVERRULED. DEFENDANT MAKES OPENING STATEMENTS AND CALLS
WITNESSES AND REST. THE JURY IS INSTRUCTED AS TO THE LAW.
CLOSING ARGUMENTS ARE MADE. THE BAILIFF IS SWORN AND ON
FEBRUARY 14, 2002 AT 11:35 A.M., THE BAILIFF AND THE JURY RETIRE
FOR DELIBERATION. ON MARCH 5, 2002 AT 12:35 P.M., JURY RETURNS
INTO OPEN COURT WITH THEIR VERDICT AT 8:20 P.M., WHICH IS READ IN
OPEN COURT, ORDER RECORDED AND FILED, AND IS, TO WIT: "WE, THE
JURY IMPANELED AND SWORN IN THE ABOVE ENTITLED CAUSE, DO
UPON OUR OATHS FIND THE DEFENDANT GUILTY AND FIX PUNISHMENT
AT LIFE ON COUNT ONE AND COUNT TWO. JURORS CONCURRING,
SIGNED EDWARD C. BENTON, FOREMAN."

WITNESSES SWORN:
STATE: DEFENDANT:
OFFICER JAMES ROGERS ITEJUAN REED
E.A. COFFMAN ERIC GOOD
BRENT ROGERS DEBORAH PEEPLES
KAREN LAWRENCE HOWARD PEEPLES
ERICIA EATON
ARTHER COLE
CHAUNCY MINOR
ANDREW WIBLEY, DR. EXPERT
CHRISTOPHER HENRY
MARK ROBINSON
DET. TOM CAMPBELL
DET. MARY LOVEALL
DENNIS FULLER

CASE SET FOR SENTENCING ON MAY 24, 2002 @ 9:30AM

| 04/09/2002 RETRL | - | 45591195 | Apr 16 2002 8:38:42:290AM | Unrealized | $ 0.00 |

RETURN RELEASE (MATERIAL WITNESS) MICROFILMED 4-16-02

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/15/2002 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 45593169 | Apr 16 2002 10:20:43:953AM | Unrealized | $ 0.00 |

STATEMENT OF THE CASE AND INSTRUCTIONS OF THE COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/15/2002 | V | - | JOHNSON, ROCKLAND DEJARIO | 45593173 | Apr 16 2002 10:20:57:983AM | Unrealized | $ 0.00 |

VERDICT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 04/15/2002 | V | - | JOHNSON, ROCKLAND DEJARIO | 45593175 | Apr 16 2002 10:21:05:030AM | Unrealized | $ 0.00 |

VERDICT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/23/2002 | RETCO | - | JOHNSON, ROCKLAND DEJARIO | 45868096 | May 24 2002 9:31:34:367AM | Unrealized | $ 0.00 |

RETURN COMMITMENT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/23/2002 | RULE8 | - | JOHNSON, ROCKLAND DEJARIO | 45880111 | Jul 18 2002 1:27:55:813PM | Unrealized | $ 0.00 |

ORDER OF THE COURT - RULE 8 HEARING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/24/2002 | CTSEN | - | JOHNSON, ROCKLAND DEJARIO | 45870970 | May 24 2002 11:53:05:283AM | Unrealized | $ 0.00 |

P. THOMAS THORNBRUGH: DEFENDANT PRESENT, IN CUSTODY AND REPRESENTED BY JOHN HARRIS. STATE REPRESENTED BY ED SNOW. COURT REPORTER JODI ILES. CASE CALLED FOR SENTENCING. REPORTS RECEIVED AND COPIES FURNISHED TO PARTIES. DEFENDANT TO SERVE LIFE IN DEPARTMENT OF CORRECTIONS FOR COUNT ONE, DEFENDANT TO SERVE LIFE IN DEPARTMENT OF CORRECTIONS FOR COUNT TWO, BOTH TO RUN CONSECUTIVE. DEFENDANT ASSESSED PSI FEE IN THE AMOUNT OF $ 250.00 AND COURT COSTS. DEFENDANT EXECUTES RULE 8 FORM DEFENDANT ADVISED OF APPEAL RIGHTS. BOND EXONERATED. JUDGMENT AND SENTENCE ISSUED. COMMITMENT FOR PUNISHMENT ISSUED.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/24/2002 | CONVICTED | 1 | JOHNSON, ROCKLAND DEJARIO | 45871051 | May 24 2002 12:00:18:880PM | - | $ 0.00 |

P. THOMAS THORNBRUGH , JUDGE: CASE DISPOSED. CONVICTION.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/24/2002 | CONVICTED | 2 | JOHNSON, ROCKLAND DEJARIO | 45871084 | May 24 2002 12:00:02:083PM | - | $ 0.00 |

P. THOMAS THORNBRUGH , JUDGE: CASE DISPOSED. CONVICTION.

| 05/24/2002 CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45871103 | May 24 2002 12:01:19:783PM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|

P. THOMAS THORNBRUGH: ORDER APPROVING ATTORNEY FEES ENTERED.

| 05/24/2002 CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 45871113 | May 24 2002 12:01:54:877PM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|

P. THOMAS THORNBRUGH: DEFENDANT FOUND INDIGENT.

| 05/24/2002 J&S | - | JOHNSON, ROCKLAND DEJARIO | 45880097 | May 28 2002 11:26:54:660AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|

JUDGMENT AND SENTENCE (CT. 1 & 2)

| 05/24/2002 COSTF | 1 | JOHNSON, ROCKLAND DEJARIO | 45871052 | May 24 2002 11:58:44:913AM | Realized | $ 95.00 |
|---|---|---|---|---|---|---|

COURT COSTS ON FELONY($ 95.00)

| 05/24/2002 CLEET | 1 | JOHNSON, ROCKLAND DEJARIO | 45871053 | May 24 2002 11:58:44:960AM | Realized | $ 6.92 |
|---|---|---|---|---|---|---|

C.L.E.E.T. PENALTY ASSESSMENT($ 6.92)

| 05/24/2002 AFIS | 1 | JOHNSON, ROCKLAND DEJARIO | 45871054 | May 24 2002 11:58:44:990AM | Realized | $ 2.94 |
|---|---|---|---|---|---|---|

C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS($ 2.94)

| 05/24/2002 SSF | 1 | JOHNSON, ROCKLAND DEJARIO | 45871055 | May 24 2002 11:58:45:007AM | Realized | $ 5.00 |
|---|---|---|---|---|---|---|

SHERIFF'S SERVICE FEE ON ARRESTS($ 5.00)

| 05/24/2002 AFISA | 1 | JOHNSON, ROCKLAND DEJARIO | 45871056 | May 24 2002 11:58:45:037AM | Realized | $ 0.06 |
|---|---|---|---|---|---|---|

AFIS ADMINISTRATIVE FEE($ 0.06)

| 05/24/2002 CLEETA | 1 | JOHNSON, ROCKLAND DEJARIO | 45871057 | May 24 2002 11:58:45:053AM | Realized | $ 0.08 |
|---|---|---|---|---|---|---|

CLEET ADMINISTRATIVE FEE($ 0.08)

| 05/24/2002 PFE7 | 1 | JOHNSON, ROCKLAND DEJARIO | 45871058 | May 24 2002 11:58:45:070AM | Realized | $ 3.00 |
|---|---|---|---|---|---|---|

LAW LIBRARY FEE($ 3.00)

| | | JOHNSON, | | May 24 2002 | | $ |
|---|---|---|---|---|---|---|

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 05/24/2002 | PSIR | 1 | ROCKLAND DEJARIO | 45871059 | 11:58:45:100AM | Realized | 250.00 |
| | PRE-SENTENCE INVESTAGATION($ 250.00) | | | | | | |
| 05/24/2002 | COSTF | 2 | JOHNSON, ROCKLAND DEJARIO | 45871085 | May 24 2002 12:00:02:113PM | Realized | $ 95.00 |
| | COURT COSTS ON FELONY($ 95.00) | | | | | | |
| 05/24/2002 | CLEET | 2 | JOHNSON, ROCKLAND DEJARIO | 45871086 | May 24 2002 12:00:02:160PM | Realized | $ 6.92 |
| | C.L.E.E.T. PENALTY ASSESSMENT($ 6.92) | | | | | | |
| 05/24/2002 | AFIS | 2 | JOHNSON, ROCKLAND DEJARIO | 45871087 | May 24 2002 12:00:02:190PM | Realized | $ 2.94 |
| | C.L.E.E.T. PENALTY ASSESSMENT FOR AFIS($ 2.94) | | | | | | |
| 05/24/2002 | SSF | 2 | JOHNSON, ROCKLAND DEJARIO | 45871088 | May 24 2002 12:00:02:223PM | Realized | $ 5.00 |
| | SHERIFF'S SERVICE FEE ON ARRESTS($ 5.00) | | | | | | |
| 05/24/2002 | AFISA | 2 | JOHNSON, ROCKLAND DEJARIO | 45871089 | May 24 2002 12:00:02:240PM | Realized | $ 0.06 |
| | AFIS ADMINISTRATIVE FEE($ 0.06) | | | | | | |
| 05/24/2002 | CLEETA | 2 | JOHNSON, ROCKLAND DEJARIO | 45871090 | May 24 2002 12:00:02:253PM | Realized | $ 0.08 |
| | CLEET ADMINISTRATIVE FEE($ 0.08) | | | | | | |
| 05/24/2002 | PFE7 | 2 | JOHNSON, ROCKLAND DEJARIO | 45871091 | May 24 2002 12:00:02:270PM | Realized | $ 3.00 |
| | LAW LIBRARY FEE($ 3.00) | | | | | | |
| 05/28/2002 | O | - | JOHNSON, ROCKLAND DEJARIO | 45889613 | May 29 2002 9:55:32:053AM | Unrealized | $ 0.00 |
| | ORDER APPROVING ATTORNEY FEES | | | | | | |
| 05/28/2002 | APLI | - | JOHNSON, ROCKLAND DEJARIO | 45889621 | May 29 2002 9:55:44:833AM | Unrealized | $ 0.00 |
| | APPLICATION FOR ORDER ALLOWING ATTORNEY FEES | | | | | | |
| 05/29/2002 | NOREQ | - | JOHNSON, ROCKLAND DEJARIO | 45899011 | May 30 2002 9:04:51:820AM | Realized | $ 100.00 |

NOTICE OF INTENT TO APPEAL; ORDER DETERMINING INDIGENCY, APPELLATE COUNSEL, PREPARATION OF APPEAL RECORD, GRANTING TRIAL COUNSEL'S MOTION TO WITHDRAW; COURT REPORTER ACKNOWLEDGMENT; NOTIFICATION OF APPELLATE COUNSEL IF APPOINTED.($ 100.00)

| 05/31/2002 | RETCP | - | JOHNSON, ROCKLAND DEJARIO | 45921647 | Jun 3 2002 9:32:19:987AM | Unrealized | $ 0.00 |
|---|---|---|---|---|---|---|---|
| | RETURN COMMITMENT FOR PUNISHMENT | | | | | | |
| 05/31/2002 | RETCP | - | JOHNSON, ROCKLAND DEJARIO | 45921650 | Jun 3 2002 9:32:24:797AM | Unrealized | $ 0.00 |
| | RETURN COMMITMENT FOR PUNISHMENT | | | | | | |
| 06/03/2002 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 45932485 | Jun 4 2002 10:12:57:950AM | Unrealized | $ 0.00 |
| | COPY OF TRANSCRIPT OF PRELIMINARY HEARING OCTOBER 1, 2001 RETURNED BY JOHN HARRIS | | | | | | |
| 06/04/2002 | PSIR | - | JOHNSON, ROCKLAND DEJARIO | 45941215 | Jun 5 2002 9:59:07:497AM | Unrealized | $ 0.00 |
| | PRE-SENTENCE INVESTIGATION REPORT | | | | | | |
| 06/04/2002 | CAP | - | JOHNSON, ROCKLAND DEJARIO | 45941238 | Jun 5 2002 9:59:47:963AM | Unrealized | $ 0.00 |
| | CERTIFICATE OF APPEAL - #F-2002-685 | | | | | | |
| 06/06/2002 | RETJS$ | 1 | JOHNSON, ROCKLAND DEJARIO | 45960741 | Jun 7 2002 9:28:20:270AM | Realized | $ 30.00 |
| | RETURN JUDGMENT & SENTENCE ($ 30.00) | | | | | | |
| 06/10/2002 | LT | - | JOHNSON, ROCKLAND DEJARIO | 45980292 | Jun 11 2002 9:46:26:310AM | Unrealized | $ 0.00 |
| | LETTER | | | | | | |
| 06/10/2002 | | - | JOHNSON, ROCKLAND DEJARIO | 45980295 | Jun 11 2002 9:46:44:670AM | Unrealized | $ 0.00 |
| | SUPPLEMENTAL DESIGNATION OF RECORD | | | | | | |
| 06/14/2002 | T&2 | - | JOHNSON, ROCKLAND DEJARIO | 46021507 | Jun 17 2002 9:06:33:343AM | Unrealized | $ 0.00 |
| | ORIGINAL TRANSCRIPT & 2 COPIES OF PROCEEDINGS ON MARCH 1, 2002 | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/14/2002 | NO | - | JOHNSON, ROCKLAND DEJARIO | 46022900 | Jun 17 2002 10:16:08:690AM | Unrealized | $ 0.00 |

NOTICE OF FILING

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/28/2002 | ABST | 1 | - | 46122515 | Jun 28 2002 11:38:43:730AM | - | $ 0.00 |

ABSTRACT SENT TO D.P.S.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 06/28/2002 | ABST | 2 | - | 46122516 | Jun 28 2002 11:38:43:793AM | - | $ 0.00 |

ABSTRACT SENT TO D.P.S.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 07/26/2002 | COPYI | - | JOHNSON, ROCKLAND DEJARIO | 46313198 | Jul 26 2002 2:43:35:930PM | Unrealized | $ 0.00 |

COPY OF INDEX OF APPEAL RECORD (3 EACH OF VOLS I AND II)

1) ORIGINAL TRANSCRIPT AND 1 COPY OF PRELIMINARY HEARING OCTOBER 1, 2001
2) ORIGINAL TRANSCRIPT AND 2 COPIES OF PROCEEDINGS MARCH 1, 2002

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/14/2002 | NOF | - | JOHNSON, ROCKLAND DEJARIO | 46447610 | Aug 15 2002 10:07:37:620AM | Unrealized | $ 0.00 |

NOTICE OF FILING TRANSCRIPTS ON APPEAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/14/2002 | T&2 | - | JOHNSON, ROCKLAND DEJARIO | 46447702 | Aug 15 2002 10:13:14:553AM | Unrealized | $ 0.00 |

ORIGINAL TRANSCRIPT & 2 COPIES OF THE FOLLOWING FILED:

1) JURY TRIAL (VOL I) APRIL 1-5, 2002
2) JURY TRIAL (VOL II) APRIL 1-5, 2002
3) JURY TRIAL (VOL III) APRIL 1-5, 2002
4) JURY TRIAL (VOL IV) APRIL 1-5, 2002
5) SENTENCING MAY 24, 2002

ORIGINAL AND 2 SETS OF STATE'S EXHIBITS 1-40 AND COURT'S 06.1-07.3 (6 EXHIBITS PICTURES)

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/15/2002 | NCRAP | - | JOHNSON, ROCKLAND DEJARIO | 46448286 | Aug 15 2002 10:43:16:360AM | Unrealized | $ 0.00 |

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND OIDS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 08/21/2002 | RQCCA | - | JOHNSON, ROCKLAND | 46508866 | Aug 21 2002 9:50:09:360AM | Unrealized | $ 0.00 |

DEJARIO

## REQUEST FROM COURT CRIMINAL APPEALS TO SEND APPEAL RECORD

| 08/21/2002 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 46508965 | Aug 21 2002 9:54:04:670AM | Unrealized | $ 0.00 |

APPEAL RECORDS (2 EACH OF VOLS I AND II) AND ORIGINAL TRANSCRIPT AND 1 COPY OF THE FOLLOWING TRANSMITTED TO COURT OF CRIMINAL APPEALS BY CERTIFIED MAIL:

1) PRELIMINARY HEARING OCTOBER 1, 2001
2) PROCEEDINGS MARCH 1, 2002
3) JURY TRIAL (VOLS I-IV) APRIL 1-5, 2002
4) SENTENCING MAY 24, 2002

ORIGINAL AND 1 SET OF STATE'S EXHIBITS 1-40 AND COURT'S 06.1-07.3 (PICTURES-6 EXHIBITS) IN SEALED, MANILA ENVELOPES

| 08/21/2002 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 46509202 | Aug 21 2002 10:08:07:610AM | Unrealized | $ 0.00 |

APPEAL RECORDS (1 EACH OF VOLS I AND II) AND COPIES OF THE FOLLOWING TRANSCRIPTS TRANSMITTED TO OIDS BY CERTIFIED MAIL:

1) PRELIMINARY HEARING OCTOBER 1, 2001
2) PROCEEDINGS MARCH 1, 2002
3) JURY TRIAL (VOLS I-IV) APRIL 1-5, 2002
4) SENTENCING MAY 24, 2002

COPIES OF STATE'S EXHIBITS 1-40 AND COURT'S 06.1-07.3 (6 EXHIBITS PICTURES)

| 08/22/2002 | RECM$ | - | JOHNSON, ROCKLAND DEJARIO | 46533361 | Aug 23 2002 3:01:29:190PM | Realized | $ 19.70 |

RECEIPT FOR CERTIFIED MAIL ($ 19.70)

| 08/22/2002 | RECM$ | - | JOHNSON, ROCKLAND DEJARIO | 46533363 | Aug 23 2002 3:01:43:330PM | Realized | $ 27.65 |

RECEIPT FOR CERTIFIED MAIL ($ 27.65)

| 08/23/2002 | RETCM | - | JOHNSON, ROCKLAND DEJARIO | 46544445 | Aug 26 2002 3:18:08:210PM | Unrealized | $ 0.00 |

RETURN RECEIPT CERT. MAIL DELIVERED TO OIDS 8/22/02

| 08/30/2002 | RETCM | - | JOHNSON, ROCKLAND DEJARIO | 46589555 | Sep 3 2002 8:51:43:543AM | Unrealized | $ 0.00 |

RETURN RECEIPT CERT. MAIL DELIVERED TO JAMES PATTERSON:

COURT OF CRIMINAL APPEALS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 09/11/2002 | PYREQ | - | JOHNSON, ROCKLAND DEJARIO | 46677439 | Sep 13 2002 9:34:46:917AM | Unrealized | $ 0.00 |
| | PAYMENT REQUEST - TRANSCRIPTS VOUCHER # 109266 | | | | | | |
| 10/17/2002 | RWHCT$ | - | JOHNSON, ROCKLAND DEJARIO | 46923265 | Oct 18 2002 10:32:29:590AM | Realized | $ 57.33 |
| | RETURN WRIT- HABEAS CORPUS AD TESTIFICANDUM (AC08) ($ 57.33) | | | | | | |
| 10/18/2002 | RWHCT$ | - | JOHNSON, ROCKLAND DEJARIO | 46933696 | Oct 21 2002 11:31:41:540AM | Realized | $ 56.67 |
| | RETURN WRIT- HABEAS CORPUS AD TESTIFICANDUM (AC08) ($ 56.67) | | | | | | |
| 11/27/2002 | ABST | 2 | JOHNSON, ROCKLAND DEJARIO | 47205105 | Nov 27 2002 9:53:45:507AM | - | $ 0.00 |
| | ABSTRACT (RE)SENT TO D.P.S. | | | | | | |
| 11/27/2002 | ABST | 1 | JOHNSON, ROCKLAND DEJARIO | 47205106 | Nov 27 2002 9:53:45:507AM | - | $ 0.00 |
| | ABSTRACT (RE)SENT TO D.P.S. | | | | | | |
| 06/30/2003 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 48694226 | Jun 30 2003 8:13:27:670AM | Unrealized | $ 0.00 |
| | APPEAL RECORD (1 EACH OF VOLS I AND II) AND COPY OF THE FOLLOWING RETURNED BY OIDS:<br>1) PRELIMINARY HEARING OCTOBER 1, 2001<br>2) PROCEEDINGS MARCH 1, 2002<br>3) JURY TRIAL (VOLS I-IV) APRIL 1-5, 2002<br>4) SENTENCING MAY 24, 2002<br>COPY OF STATE'S EXHIBITS 1-40 AND COURT'S EXHIBIT'S 06.1, 06.2, 06.3, 07.1, 07.2 AND 07.3 | | | | | | |
| 07/08/2003 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 48757464 | Jul 9 2003 11:39:06:947AM | Unrealized | $ 0.00 |
| | PRO SE MOTION FOR SUSPENDED SENTENCE (COPY TO DA & JUDGE THORNBRUGH) | | | | | | |
| 07/09/2003 | ODNY | - | JOHNSON, ROCKLAND DEJARIO | 48765725 | Jul 10 2003 11:27:47:077AM | Unrealized | $ 0.00 |
| | ORDER DENYING DEFENDANT'S PRO SE MOTION FOR SUSPENDED SENTENCE | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/29/2003 | MANTO | - | JOHNSON, ROCKLAND DEJARIO | 48901792 | Jul 29 2003 4:56:53:193PM | Unrealized | $ 0.00 |

RECEIVED MANDATE (AFFIRMED) DELIVERED TO JUDGE THORNBRUGH

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/30/2003 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 48906399 | Jul 30 2003 11:46:29:193AM | Unrealized | $ 0.00 |

ORIGINAL TRANSCRIPTS OF THE FOLLOWING RETURNED BY APPELLATE COURT;
1. PROCEEDINGS OCT. 1, 2001
2. PROCEEDINGS MARCH 1, 2002
3. PROCEEDINGS APRIL 1-5, 2002 (VOL 1)
4. PROCEEDINGS APRIL 1-5, 2002 (VOL II)
5. PROCEEDINGS APRIL 1-5, 2002 (VOL III)
6. PROCEEDINGS APRIL 1-5, 2002 (VOL IV)
7. PROCEEDINGS MAY 24, 2002
EXHIBITS;
1. STATE'S EXHIBITS 1-40
2. COURT'S EXHIBITS 06.1-06.3
COURT'S EXHIBITS 07.1-07.3
UNMARKED PAPERS

| | | | | | | |
|---|---|---|---|---|---|---|
| 07/30/2003 | CTFREE | - | | 48908568 | Aug 13 2003 3:37:33:067PM | Unrealized | $ 0.00 |

THORNBRUGH, P. THOMAS: MANDATE RECEIVED AND ORDERED FILED AND SPREAD OF RECORD THIS 30TH DAY OF JULY, 2003.

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/01/2003 | MAN | - | JOHNSON, ROCKLAND DEJARIO | 48929250 | Aug 4 2003 9:48:05:407AM | Unrealized | $ 0.00 |

MANDATE/AFFIRMED

| | | | | | | |
|---|---|---|---|---|---|---|
| 08/20/2003 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 49052694 | Aug 20 2003 3:52:40:067PM | Unrealized | $ 0.00 |

RETURN OF THE COURT CLERK (MANDATE) MAILED TO COURT OF CRIMINAL APPEALS.

RECEIPT FOR MANDATE MAILED TO COURT OF CRIMINAL APPEALS.

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/17/2003 | CTRS | - | | 49992969 | Dec 17 2003 6:54:18:783AM | - | $ 0.00 |

CLAIM FOR INTERCEPT OF TAX REFUND

| | | | | | | |
|---|---|---|---|---|---|---|
| 01/07/2004 | MO | - | JOHNSON, ROCKLAND DEJARIO | 50115926 | Jan 8 2004 9:18:55:003AM | Unrealized | $ 0.00 |

PRO-SE MOTION FOR FILES, RECORDS, TRANSCRIPTS AT PUBLIC EXPENSE (COPY TO DA & JUDGE THORNBRUGH)

| 01/16/2004 | TEXT | - | JOHNSON, ROCKLAND DEJARIO | 50192895 | Jan 20 2004 9:26:24:047AM | Unrealized | $ 0.00 |

RESPONSE TO MOTION FOR TRANSCRIPTS AT PUBLIC EXPENSE

| 01/20/2004 | CTFREE | - | | 50335320 | Feb 6 2004 11:36:30:713AM | Unrealized | $ 0.00 |

THORNBRUGH, P. THOMAS: ORDER DENYING MOTION FOR TRANSCRIPTS AT PUBLIC EXPENSE ENTERED.

| 01/22/2004 | ODNY | - | JOHNSON, ROCKLAND DEJARIO | 50227343 | Jan 23 2004 9:13:55:167AM | Unrealized | $ 0.00 |

ORDER DENYING MOTION FOR TRANSCRIPTS AT PUBLIC EXPENSE

| 09/20/2004 | APCR | - | JOHNSON, ROCKLAND DEJARIO | 52406114 | Sep 21 2004 9:47:34:993AM | Realized | $ 0.00 |

APPLICATION FOR POST CONVICTION RELIEF - COPY TO DISTRICT ATTORNEY AND JUDGE THRONBRUGH

| 10/15/2004 | APCR | - | JOHNSON, ROCKLAND DEJARIO | 52620856 | Oct 18 2004 9:47:18:723AM | Realized | $ 0.00 |

RESPONSE TO APPLICATION FOR POST CONVICTION RELIEF

| 10/19/2004 | CTFREE | - | JOHNSON, ROCKLAND DEJARIO | 52639949 | Oct 19 2004 2:37:36:913PM | Realized | $ 0.00 |

THORNBRUGH, P. THOMAS: ORDER DENYING APPLICATION FOR POST-CONVICTION RELIEF ENTERED.

| 10/20/2004 | ODENY | - | JOHNSON, ROCKLAND DEJARIO | 52655436 | Oct 21 2004 8:57:52:930AM | Realized | $ 0.00 |

ORDER DENYING APPLICATION FOR POST-CONVICTION RELIEF - CERTIFIED COPY TO DEFENDANT

| 10/25/2004 | NOAPP | - | JOHNSON, ROCKLAND DEJARIO | 52688479 | Oct 26 2004 10:14:51:187AM | Realized | $ 0.00 |

NOTICE OF INTENT TO APPEAL (COPY TO DA & JUDGE THORNBRUGH)

| 11/01/2004 | COPYI | - | JOHNSON, ROCKLAND DEJARIO | 52733614 | Nov 1 2004 1:03:31:477PM | Realized | $ 200.00 |

COPY OF INDEX OF APPEAL RECORD($ 200.00)

| 11/01/2004 | NCRAP | - | JOHNSON, ROCKLAND DEJARIO | 52733663 | Nov 1 2004 1:07:24:160PM | Realized | $ 0.00 |

NOTICE OF COMPLETION OF RECORD ON APPEAL - COPIES TO: COURT

OF CRIMINAL APPEALS, DISTRICT ATTORNEY, ATTORNEY GENERAL AND ROCKLAND JOHNSON.

| 11/19/2004 CAP | - | JOHNSON, ROCKLAND DEJARIO | 52888286 | Nov 22 2004 10:28:32:407AM | Realized | $ 0.00 |

CERTIFICATE OF APPEAL - # PC- 2004-1154

Report Generated by The Oklahoma Supreme Court Network at December 20, 2004 15:17:38.

End of Transmission.



**OSCN** <u>WWW.oscn.net</u>
**THE OKLAHOMA STATE COURTS NETWORK**

| Home | Courts | Court Dockets | Legal Research | Calendar | Help | |
| Previous Case | Top Of Index | This Point in Index | Citationize | Next Case | | |

### Federal 10th Circuit Cases

# Shaffer v. Boone
**2001 10CIR 51**
**242 F.3d 390**
**Case Number: 00-5155**
**Decided: 01/10/2001**
**Modified: 01/31/2001**
**10th Cir.(Okla.)**

Cite as: 2001 10CIR 51, 242 F.3d 390

This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

DOUGLAS C. SHAFFER, Petitioner-Appellant,
v.
BOBBY BOONE, Warden, Respondent-Appellee.

(D.C. No. 96-CV-1141-K)(N.D. Okla.)

ORDER AND JUDGMENT[*]



EXHIBIT
**3**

Before BALDOCK, HENRY, and LUCERO, Circuit Judges.[2]

HENRY, Circuit Judge.

¶1 Douglas Shaffer, a state prisoner proceeding pro se, seeks a certificate of appealability ("COA") after the district court dismissed his 28 U.S.C. § 2254 habeas petition. See 28 U.S.C. § 2253(c)(1)(A) (providing that a COA is a necessary predicate to any appeal from a final order in a § 2254 proceeding). Because Mr. Shaffer has not "made a substantial showing of the denial of a constitutional right," id. § 2253(c)(2), this court denies his request for a COA and dismisses this appeal.

¶2 Mr. Shaffer was convicted of second-degree felony murder after prior conviction of two or more felonies. He was sentenced to sixty years' imprisonment. In his habeas petition, together with his amended petitions, Mr. Shaffer raised eleven grounds of error: (1) ineffective assistance of trial counsel; (2) violation of the Sixth Amendment's confrontation clause through the admission of a nontestifying codefendant's confession; (3) reversible error resulting from

the prosecutor's comments regarding Mr. Shaffer's Fifth Amendment right to remain silent; (4) denial of due process through the prosecutor's improper closing argument; (5) ineffective assistance of appellate counsel; (6) violation of the Fifth Amendment through the trial court's instructions; (7) failure of the information to state all the essential elements of the underlying crime; (8) erroneous sentence enhancement; (9) the state court's lack of subject matter jurisdiction; (10) actual innocence of past convictions considered at sentencing; and (11) violation of due process through extension of leniency to Mr. Shaffer's codefendant in exchange for her testimony against him. The district court denied the first four claims on the merits; dismissed claims five, six, eight, ten, and eleven as procedurally barred absent prejudice or fundamental miscarriage of justice; and denied claims seven and nine as not cognizable in federal habeas. This appeal followed.

¶3 We construe Mr. Shaffer's allegations liberally, pursuant to Haines v. Kerner, 404 U.S. 519, 520-21 (1972). After a careful review of the record and the applicable case law, we conclude that Mr. Shaffer fails to make a substantial showing of the denial of a constitutional right as required under 28 U.S.C. § 2253(c)(2) for a COA. Specifically, Mr. Shaffer fails to demonstrate "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." Slack v. McDaniel, 120 S. Ct. 1595, 1604 (2000). Because we agree with the district court's well-reasoned assessment of the issues presented on appeal, we decline to duplicate the same analysis here.

¶4 Accordingly, for substantially the same reasons set forth in the district court's June 21, 2000, Order, a copy of which is attached, we DENY Mr. Shaffer's motion for a COA and DISMISS his appeal.

## FOOTNOTES

*. This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

2. After examining the briefs and appellate record, this panel has determined unanimously that oral argument would not materially assist the determination of this appeal. See Fed. R. App. P. 34(a)(2); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

[Attachment not available electronically. ]

---

### Citationizer© Summary of Documents Citing This Document

None Found.

---

### Citationizer: Table of Authority

None Found.

---