# UNITED STATES DISTRICT COURT

__Northern__ DISTRICT OF OKLAHOMA

__Rockland D. Johnson__
Petitioner

v

__State of Oklahoma, Marty Sirmons, Warden__
Respondent

**FILED**
SEP 2 2009
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Case __04-CV-724-JHP-PJC__

## NOTICE OF INTENT TO APPEAL

I, __Rockland D. Johnson__, Petitioner above, do hereby give notice that I am appealing the judgment of the United States District Court denying my petition for a writ of habeas corpus, entered on __March 23, 2009__, to the United States Court of Appeals for the Tenth Circuit.

__8-30-09__
date notice mailed

__[signature] Rockland D. Joh___
signature

~~Oklahoma State Penitentiary~~
~~BOBCS2~~
~~McAlester, OK 74502~~
CCA. Davis Corr Facility
6888 East 133rd Road
Holdenville, Oklahoma 74848-9053

### UNSWORN DECLARATION OF MAILING AND SERVICE

Pursuant to 28 U.S.C. §1746, I certify under penalty of perjury that these pleadings, postage paid, were delivered to prison authorities for mailing to the Court on the date below and that a true and correct copy, postage paid, was delivered to prison authorities for mailing on the date below to Drew Edmondson, Attorney General, 2300 North Lincoln, Room 112, Oklahoma City, Oklahoma 73105

__8-30-09__
date

__[signature]__
signature

✓ Mail ___ No Cert Svc ___ No Orig Sign
___ C/J ___ C/MJ ___ C/Ret'd ✓ ___
___ No Cpys ___ No Env/Cpys ___ ___/MJ

forms