# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA



FILED
SEP 15 2009
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Rockland D. Johnson
_____
Plaintiff/Petitioner

vs.

Marty Sirmons, Warden
_____
Defendant(s)/Respondent(s)

Case Number: 04-CV-724-JHP-PJC

## APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT

I, Rockland D. Johnson, declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration. Davis Correctional Facility

   Are you employed at the institution? No   Do you receive any payment from the institution? Yes

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. N/A

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. Never Employed

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☐ |
   | b. | Rent payments, interest or dividends | ☐ | ☐ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☐ |
   | d. | Disability or workers compensation payments | ☐ | ☐ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.  $83.00 (Prison Savings)

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

   N/A

   Gifts $20.00 Average A/Month From Family For Commissary.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   I AM INCARCERATED

I declare under penalty of perjury that the above information is true and correct.

9-10-09                    Rockland D. Johnson
Date                       Signature of Applicant

**NOTICE TO PRISONER:** In addition to the foregoing statement of all assets, a prisoner seeking to proceed without prepayment of fees shall submit the attached "Statement of Institutional Accounts," completed and signed by an appropriate institutional officer. A prisoner is also required to attach a ledger sheet for each institutional account showing all receipts, expenditures, and balances for the last 6-month period.

## STATEMENT OF INSTITUTIONAL ACCOUNTS

I hereby state that on 8th day of September, 20 09 this prisoner had $ .19¢ in his/her draw account and $ 89.00 in his/her savings account.

A ledger sheet for this prisoner's trust account (or institutional equivalent) for the preceding six month period, or for the entire period of confinement if less than six months, is attached.

9/8/09
Date

Resa Lewis
Authorized Prison Official

Accounting Clerk
Title

# DAVIS CORRECTIONAL FACILITY

Print Date: 9/8/2009
Print Time: 10:31:15AM

## ACCOUNT STATEMENT from 3/8/2009 to 9/8/2009

**JOHNSON, ROCKLAND DEJERIO**

Agency #: 419056
CCA #: 1073090
HOUSING: E/EA/228/A

| | | |
|---|---|---|
| Account 1: | $ | 0.19 |
| Escrow Account: | $ | 0.00 |
| Cost Recovery Owed: | $ | 0.00 |

Current Balance Information

### Account 1 Transactions

| Transaction Date | From | Transaction Code | | Amount | Balance | Note |
|---|---|---|---|---|---|---|
| BALANCE AT BEGINNING OF DATE RANGE - 3/8/2009 | | | | | 0.30 | |
| 03/12/2009 | | JN | Deposit | 8.00 | 8.30 | FEBRUARY WAGES |
| 03/13/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -6.92 | 1.38 | COMMISSARY SUMMARY POSTING |
| 03/20/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -1.24 | 0.14 | COMMISSARY SUMMARY POSTING |
| 04/06/2009 | | WI | Deposit | 25.00 | 25.14 | DEBRA PEEPLES |
| 04/10/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -22.45 | 2.69 | COMMISSARY SUMMARY POSTING |
| 04/13/2009 | COMMISSARY REVERSAL | CRV | Withdrawal | 1.00 | 3.69 | COMMISSARY SUMMARY REVERSA |
| 04/16/2009 | | JN | Deposit | 8.00 | 11.69 | Inmate Wages March 09 |
| 04/17/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -6.64 | 5.05 | COMMISSARY SUMMARY POSTING |
| 04/24/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -3.29 | 1.76 | COMMISSARY SUMMARY POSTING |
| 05/08/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -1.64 | 0.12 | COMMISSARY SUMMARY POSTING |
| 05/14/2009 | | JN | Deposit | 8.00 | 8.12 | April 2009 Inmate Wages |
| 05/15/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -3.29 | 4.83 | COMMISSARY SUMMARY POSTING |
| 05/22/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -4.57 | 0.26 | COMMISSARY SUMMARY POSTING |
| 06/08/2009 | | WI | Deposit | 20.00 | 20.26 | DEBRA PEEPLES |
| 06/11/2009 | | JN | Deposit | 8.00 | 28.26 | May 2009 Wages |
| 06/12/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -27.37 | 0.89 | COMMISSARY SUMMARY POSTING |
| 06/26/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -0.44 | 0.45 | COMMISSARY SUMMARY POSTING |
| 07/16/2009 | | JN | Deposit | 8.00 | 8.45 | June 2009 Inmate Wages |
| 07/17/2009 | | MD | Withdrawal | -4.00 | 4.45 | MEDICAL 7-10-09 |
| 07/17/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -3.28 | 1.17 | COMMISSARY SUMMARY POSTING |
| 07/24/2009 | | WI | Deposit | 10.00 | 11.17 | DEBRA PEEPLES |
| 07/24/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -10.74 | 0.43 | COMMISSARY SUMMARY POSTING |
| 08/13/2009 | | JN | Deposit | 8.00 | 8.43 | July 2009 Inmate Wages |
| 08/14/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -6.93 | 1.50 | COMMISSARY SUMMARY POSTING |
| 08/27/2009 | COMMISSARY PURCHASE | CO | Withdrawal | -1.31 | 0.19 | COMMISSARY SUMMARY POSTING |
| SUMMARY OF TRANSACTIONS (3/8/2009-9/8/2009) | | | | -0.11 | | |
| | | | | | 0.19 | Ending Balance |

Date\Time: 9/9/2009 7:20:26 AM  
Institution: ADM

**ODOC**  
**Offender Statement Report**

Verified: _____

| Offender# | Offender/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| 0419056 | JOHNSON, ROCKLAND | ADM | UNIT E | UNIT E-A |

**Transaction List**

| Transaction Date | Transaction Type | Source Document # | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|
| 05/01/2009 | BEGINNING BALANCE | | | | $0.00 |
| 05/04/2009 | CONVERSION | Conversion | 9 | $83.00 | $83.00 |
| 06/24/2009 | PRIVATE PRISON SAVINGS | DCF APRIL 2009 | 10304 | $2.00 | $85.00 |
| 06/24/2009 | PRIVATE PRISON SAVINGS | DCFMAY2009 | 10306 | $2.00 | $87.00 |
| 07/28/2009 | PRIVATE PRISON SAVINGS | DCF JUNE2009 | 22507 | $2.00 | $89.00 |

**Summary Balances**

| Available Balance | Savings Balance | Debt Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|
| $0.00 | $89.00 | $0.00 | $0.00 | $0.00 | $0.00 | $89.00 |

2