**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**September 21, 2009**

**Elisabeth A. Shumaker**
**Clerk of Court**

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

---

ROCKLAND D. JOHNSON,

    Petitioner - Appellant,

v.

MARTY SIRMONS,

    Respondent - Appellee.

No. 09-5126
(D.C. No. 4-04-CV-00724-JHP-PJC)
(N.D. Okla.)

---

**ORDER**

---

Before **TACHA, KELLY,** and **HOLMES,** Circuit Judges.

---

Mr. Johnson is appealing from the district court's judgment entered on March 23, 2009, denying his petition for writ of habeas corpus. The court orders that this appeal be dismissed as untimely.

Mr. Johnson's notice of appeal was due within 30 days of the entry of the district court's judgment - on or before April 22, 2009.  *See* Fed. R. App. P. 4(a)(1)(A) (notice of appeal due within 30 days).  It was not filed until September 2, 2009.  This court cannot extend the time for filing a notice of appeal.  *See* Fed. R. App. P. 4 (a)(5).

Because the notice of appeal was untimely, this court lacks jurisdiction to

consider this appeal. *Bowles v. Russell*, 127 S. Ct. 2360 (2007).

**APPEAL DISMISSED.**

                    Entered for the Court,
                    ELISABETH SHUMAKER, Clerk of Court

by:

                    Christine Van Coney
                    Counsel to the Clerk

# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT
# OFFICE OF THE CLERK

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

September 21, 2009

Douglas E. Cressler
Chief Deputy Clerk

Rockland D. Johnson
Davis Correctional Facility
6888 East 133rd Road
Holdenville, OK 74848-9033
#419056

**RE:**   **09-5126, Johnson v. Sirmons**
District docket: 4:04-CV-00724-JHP-PJC

Dear Mr. Johnson:

Enclosed is a copy of a final order dismissing the appeal entered today in the captioned case.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

cc:   Diane L. Slayton

EAS/ao